IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
(CLAYTON DIVISION)

| | |
|---|---|
| ROBERT BLANKENSHIP, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| PFIZER, INC., BOEHRINGER | ) CV-2006-040 |
| INGELHEIM PHARMACEUTICALS, | ) |
| INC., DAVID ROHLING, KMART OF | ) |
| MICHIGAN, INC., ART REDDING, | ) |
| KELLI STRANGE, et al. | ) |
| Defendants. | ) |

FILED JUL 20 2006
DAVID S. NIX, CLERK
BARBOUR COUNTY, ALABAMA

2:06cv648-MHT

RECEIVED 2006 JUL 21 P 12:55

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendant Boehringer Ingelheim Pharmaceuticals, Inc., has caused to be filed on the 20th day of July, 2006, in the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal for the removal of the above-styled action to said Court. A copy of the Notice of Removal, without exhibits, is attached hereto as Exhibit A.

/s/ Maibeth J. Porter
Maibeth J. Porter
Alvin L. ("Peck") Fox
Edward A. ("Ted") Hosp

Attorneys for Defendant Boehringer Ingelheim
Pharmaceuticals, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602
Telephone Number: (205) 254-1000

Beth S. Rose, Esq.
Stuart M. Feinblatt, Esq.
Jennifer Ewers Hurley, Esq.
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, NJ  07102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 20th day of July, 2006:

J. Gregory Allen
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

L. Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016-0688

F.M "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203

Philip F. Hutcheson
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Dr.
Chelsea, AL 35043-8211

OF COUNSEL