IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL 20 P 2: 55

P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| PFIZER, INC., BOEHRINGER ) | 2:06cv648 - |
| INGELHEIM PHARMACEUTICALS, ) | |
| INC., DAVID ROHLING, KMART OF ) | (Removed from the Circuit Court |
| MICHIGAN, INC., ART REDDING, ) | of Barbour County, Alabama, |
| KELLI STRANGE, et al., ) | CV-06-040) |
| ) | |
| Defendants. ) | |

## CONSENT TO REMOVAL

Comes now Pfizer Inc., a named Defendant in the above-captioned action, by and through its counsel, and hereby consents to the removal of the above-captioned action from the Circuit Court of Barbour County, Alabama to the United States District Court for the Middle District of Alabama by Defendant Boehringer Ingelheim Pharmaceuticals, Inc.

The undersigned represents that (1) I and my firm have been retained to represent Pfizer Inc. in this action; (2) I am authorized to bind Pfizer Inc. with respect to this matter; and (3) for and on behalf of Pfizer Inc., I hereby give this consent to removal.

Dated: July 20th, 2006.

_____
Andrew B. Johnson
One of the Attorneys for Defendant
Pfizer Inc.

1

OF COUNSEL:

F.M. "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203
(205) 521-8000
thaston@bradleyarant.com
ajohnson@bradleyarant.com

Kimberly Bessiere Martin
Bradley Arant Rose & White LLP
200 Clinton Avenue West
Suite 900
Huntsville, Alabama  35801
(256) 517-5100
kmartin@bradleyarant.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel listed below by United States Mail, first class postage prepaid or as indicated below on this 20th day of July, 2006.

| | |
|---|---|
| J. Greg Allen, Esq.<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama  36104 | Maibeth Porter, Esq.<br>Marcie P. Braswell, Esq.<br>MAYNARD, COOPER & GALE<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, Alabama 35203 |
| S. Shane Seaborn, Esq.<br>Penn & Seaborn, LLC<br>P.O. Box 688<br>Clayton, Alabama 36106 | *Counsel for Defendant, Boehringer Ingelheim Pharmaceuticals, Inc.* |
| *Counsel for Plaintiff* | |

/s/ _____
OF COUNSEL