IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL 20 P 2: 55

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:06cv648- |
| ) | |
| PFIZER, INC.; BOEHRINGER ) | |
| INGELHEIM PHARMACEUTICALS, INC.; ) | |
| DAVID ROHLING; KMART OF ) | |
| MICHIGAN, INC.; ART REDDING; ) | |
| KELLI STRANGE, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINDER IN NOTICE OF REMOVAL

Comes now the defendant designated as Art Redding, a defendant in the above-styled cause, and consents to and joins in the removal of this case from the Circuit Court of Barbour County, Alabama (Clayton Division), to the United States District Court for the Middle District of Alabama, Northern Division. For the reasons set forth in the Notice of Removal and Motion to Dismiss, the claims against Art Redding are due to be dismissed.

_____
Philip F. Hutcheson

OF COUNSEL:

BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
(205) 678-8000

{01361033.2}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 20th day of July, 2006:

J. Gregory Allen
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

L. Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016-0688

F.M "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203

Maibeth J. Porter
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602

OF COUNSEL

{01361033.2}