IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUL 20 P 2: 55

| | |
|---|---|
| ROBERT BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. |
| | ) |
| | ) 2:06cv648- |
| PFIZER, INC.; BOEHRINGER | ) |
| INGELHEIM PHARMACEUTICALS, INC.; | ) |
| DAVID ROHLING; KMART OF | ) |
| MICHIGAN, INC.; ART REDDING; | ) |
| KELLI STRANGE, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINDER IN NOTICE OF REMOVAL

Comes now David Rohling, a defendant in the above-styled cause, and consents to and joins in the removal of this case from the Circuit Court of Barbour County, Alabama (Clayton Division), to the United States District Court for the Middle District of Alabama, Northern Division. By joining and consenting to the removal, David Rohling does not waive his assertion that he is fraudulently joined. For the reasons set forth in the Notice of Removal and the Motion to Dismiss filed herewith, David Rohling has been fraudulently joined and the claims against him are due to be dismissed.

/s/ Maibeth J. Porter
Maibeth J. Porter
Alvin L. ("Peck") Fox
Edward A. ("Ted") Hosp

Attorneys for Defendant David Rohling

{01362774.1}    1

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602
Telephone Number: (205) 254-1000

Beth S. Rose, Esq.
Stuart M. Feinblatt, Esq.
Jennifer Ewers Hurley, Esq.
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 20th day of July, 2006:

J. Gregory Allen
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

L. Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016-0688

F.M "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203

{01362774.1}                                   2

Philip F. Hutcheson
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Dr.
Chelsea, AL 35043-8211

_____
OF COUNSEL