IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 20 P 2: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| PFIZER, INC., BOEHRINGER ) | 2:06 cv 648- |
| INGELHEIM PHARMACEUTICALS, ) | |
| INC., DAVID ROHLING, KMART OF ) | |
| MICHIGAN, INC., ART REDDING, ) | |
| KELLI STRANGE, et al. ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Comes now Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), a defendant in the above-styled cause, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, BIPI states the following: BIPI is a wholly-owned subsidiary of Boehringer Ingelheim Corporation. Pursuant to this Court's General Order Number 3047 dated January 14, 2000, BIPI states that the following are parents, subsidiaries and/or affiliates of BIPI, that have issued shares to the public: none.

Maibeth J. Porter
Alvin L. ("Peck") Fox
Edward A. ("Ted") Hosp

Attorneys for Defendant Boehringer Ingelheim
Pharmaceuticals, Inc.

{01363750.1}   1

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602
Telephone Number: (205) 254-1000

Beth S. Rose, Esq.
Stuart M. Feinblatt, Esq.
Jennifer Ewers Hurley, Esq.
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 20th day of July, 2006:

J. Gregory Allen
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

L. Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016-0688

F.M "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203

Philip F. Hutcheson
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Dr.
Chelsea, AL 35043-8211

/s/ OF COUNSEL

{01363750.1}   2