IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| PFIZER, INC., BOEHRINGER ) | 2:06-CV-0648 |
| INGELHEIM PHARMACEUTICALS, ) | |
| INC., DAVID ROHLING, KMART OF ) | |
| MICHIGAN, INC., ART REDDING, ) | |
| KELLI STRANGE, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Marcie P. Braswell of the law firm Maynard, Cooper & Gale, P.C., and enters her appearance as additional counsel for Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and David Rohling.

/s/ Marcie P. Braswell
_____
Maibeth J. Porter
Alvin L. ("Peck") Fox
Edward A. ("Ted") Hosp
Marcie P. Braswell

Attorneys for Defendants Boehringer Ingelheim
Pharmaceuticals, Inc. and David Rohling

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602
Telephone Number: (205) 254-1000

{01365965.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 26th day of July, 2006:

J. Gregory Allen
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

L. Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016-0688

F.M "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203

Philip F. Hutcheson
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Dr.
Chelsea, AL 35043-8211

_/s/ Marcie P. Braswell_
OF COUNSEL

{01365965.1}