IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROBERT BLANKENSHIP,            )
                                           )
    Plaintiff,                   )
                                           )      CIVIL ACTION NO.
    v.                             )        2:06cv648-MHT
                                           )
PFIZER, INC., et al.,          )
                                           )
    Defendants.                 )

**ORDER**

It is ORDERED that the motions to dismiss (doc. nos. 1 and 10) are set for submission, without oral argument, on August 21, 2006, with all briefs due by said date.

DONE, this the 28th day of July, 2006.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**