IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| PFIZER, INC., BOEHRINGER | ) 2:06-CV-0648 - MHT |
| INGELHEIM PHARMACEUTICALS, | ) |
| INC., DAVID ROHLING, KMART OF | ) |
| MICHIGAN, INC., ART REDDING, | ) |
| KELLI STRANGE, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO APPEAR PRO HAC VICE

Comes now Marcie P. Braswell, an attorney of record for Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), a defendant in the above-styled cause, and moves the Court for an order allowing Stuart M. Feinblatt to appear pro hac vice as additional counsel of record for defendant BIPI. As grounds for this motion, movant states as follows:

1. Mr. Feinblatt resides in New Jersey and regularly practices law in New Jersey, where he is a member in the law firm of Sills Cummis Epstein & Gross, P.C. He is a member in good standing of the New Jersey State Bar and is admitted to practice before the United States District Court for the District of New Jersey, which is the District Court for the district in which Mr. Feinblatt regularly practices law. His contact information is as follows:

Stuart M. Feinblatt
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Direct Telephone: (973) 643-5866
Fax: (973) 643-6500
Email: SFeinblatt@sillscummis.com

{01365641.1}

2.    A certificate of good standing from the United States District Court for the District of New Jersey is attached hereto.

3.    Concurrent with the filing of this motion, Mr. Feinblatt has paid the $20.00 fee for his admission *pro hac vice*.

*/s/ Marcie Braswell*
Maibeth J. Porter
Alvin L. ("Peck") Fox
Edward A. ("Ted") Hosp
Marcie P. Braswell

Attorneys for Defendant Boehringer Ingelheim Pharmaceuticals, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602
Telephone Number: (205) 254-1000

Beth S. Rose, Esq.
Stuart M. Feinblatt, Esq.
Jennifer Ewers Hurley, Esq.
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 1st day of August, 2006:

J. Gregory Allen
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

L. Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016-0688

F.M "Tripp" Haston, III
Andrew B. Johnson
Bradley Arant Rose & White LLP
One Federal Place
1819 5th Ave. North
Birmingham, AL 35203

Philip F. Hutcheson
Boardman, Carr, Weed & Hutcheson, P.C.
400 Boardman Dr.
Chelsea, AL 35043-8211

                                                 /s/ Marci Braswell
                                                 OF COUNSEL

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**DISTRICT OF NEW JERSEY**

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey,

DO HEREBY CERTIFY that *Stuart M. Feinblatt* was duly admitted to practice in said Court on *December 20, 1979* and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: July 27, 2006

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.