IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT BLANKENSHIP,          )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         2:06cv648-MHT
                             )
PFIZER, INC., et al.,        )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motions for admission pro hac vice (doc. nos. 17, 18, and 19) are granted.

DONE, this the 2nd day of August, 2006.


　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE