IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION NO. 2:06cv-648 |
| PFIZER, INC., BOEHRINGER ) | |
| INGELHEIM PHARMACEUTICALS, ) | |
| INC.; DAVID ROHLING; KMART OF ) | |
| MICHIGAN, INC.; ART REDDING; ) | |
| KELLI STRANGE, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Robert Blankenship, hereby submits his Motion to Remand, Plaintiff's Brief in Support of Motion to Remand with attached exhibits and Plaintiff's Opposition to Defendants Strange, Redding and Rohling.

/s/ J. Greg Allen
J. GREG ALLEN (ALL021)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
(334) 269-2343

1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of such filing to the following on this the 4th day of August, 2006.

                                        /s/ J. Greg Allen
                                        OF COUNSEL

**Attys for Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and David Rohling**

Maibeth J. Porter
Alvin L. Fox
Edward A. Hosp
Marcie P. Braswell
MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602

Beth S. Rose
Stuart M. Feinblatt
Jennifer Ewers Hurley
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102

**Attys for Defendant Pfizer, Inc.**

F.M. Haston, III
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Kimberly Bessiere Martin
BRADLEY ARANT ROSE & WHITE LLP
200 Clinton Avenue West
Suite 900
Huntsville, Alabama 35801

**Attys for Defendants Art Redding and Kelly Strange**

Philip F. Hutcheson
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211