IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:06cv-648 |
| PFIZER, INC., BOEHRINGER | ) |
| INGELHEIM PHARMACEUTICALS, | ) |
| INC.; DAVID ROHLING; KMART OF | ) |
| MICHIGAN, INC.; ART REDDING; | ) |
| KELLI STRANGE, et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO REMAND

Plaintiff, Robert Blankenship, by and through his counsel of record, respectfully requests that this Court remand the above cause to the Circuit Court for Barbour County, Clayton Division, from which it was removed. The Defendants have failed to establish that this cause falls under the jurisdiction of the federal courts. Plaintiff brings this motion pursuant to 28 U.S.C. § 1447, and in further support hereof, states as follows:

1. This Court lacks jurisdiction over this matter in that the Court could not have had "original" jurisdiction over this matter, had the Plaintiff elected to file the cause in federal court, as required by 28 U.S.C. § 1441.

2. This cause does not present any federal questions which would invoke this Court's jurisdiction over these proceedings, as permitted by 28 U.S.C. § 1331. State law predominates over the issues in this cause.

1

3. Two of the five Defendants share the same state citizenship as the Plaintiff.[1] Plaintiff, Robert Blankenship, is a resident of the State of Alabama and Defendants, David Rohling and Kelli Strange are residents of the State of Alabama. As such, complete diversity of citizenship, as mandated by 28 U.S.C. § 1332 is absent.

4. Defendant Boehringer Ingelheim Pharmaceuticals, Inc.'s assertion that the Plaintiff has fraudulently joined the in-state, individual Defendants is without merit and is unsupported by the evidence in this cause. Plaintiff in his state court complaint averred viable claims under Alabama law against all Defendants, and, as such, all Defendants are properly joined to this action. Defendant Boehringer Ingelheim Pharmaceuticals, Inc. has failed to establish that Alabama residents, David Rohling and Kelli Strange, were fraudulently joined by Plaintiff for the purpose of defeating federal jurisdiction.

For the reasons stated above and in the accompanying Brief in Support of Motion to Remand with attached affidavits, Plaintiff urges the Court to remand this cause of action to the Circuit Court of Barbour County, Alabama.

Respectfully submitted this 4th day of August, 2006.

/s/ J. Greg Allen
J. GREG ALLEN (ALL021)
Attorney for Plaintiff

---

[1] Defendant Kmart of Michigan, Inc., an out-of-state corporation was originally named in the Complaint but was dismissed pursuant to Rule 41, *Alabama Rules of Civil Procedure.*

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of such filing to the following on this the 4th day of August, 2006.

                                        /s/ J. Greg Allen
                                        OF COUNSEL

**Attys for Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and David Rohling**

Maibeth J. Porter
Alvin L. Fox
Edward A. Hosp
Marcie P. Braswell
MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602

Beth S. Rose
Stuart M. Feinblatt
Jennifer Ewers Hurley
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102

**Attys for Defendant Pfizer, Inc.**

F.M. Haston, III
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Kimberly Bessiere Martin
BRADLEY ARANT ROSE & WHITE LLP
200 Clinton Avenue West
Suite 900
Huntsville, Alabama 35801

**Attys for Defendants Art Redding**
**and Kelly Strange**

Philip F. Hutcheson
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211