IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP,    )<br>   )<br>   Plaintiff,    )<br>   )<br>vs.    )<br>   )   CIVIL ACTION NO. 2:06cv-648<br>PFIZER, INC., BOEHRINGER    )<br>INGELHEIM PHARMACEUTICALS,    )<br>INC.; DAVID ROHLING; KMART OF    )<br>MICHIGAN, INC.; ART REDDING;    )<br>KELLI STRANGE, et al.,    )<br>   )<br>   Defendants.    ) | |

## OPPOSITION TO DEFENDANT DAVID ROHLING, KELLI STRANGE AND ART REDDING'S MOTION TO DISMISS

Comes now Plaintiff, Robert Blankenship and responds to Defendant David Rohling, Kelli Strange and Art Redding's Motion to Dismiss as follows:

1. Defendants' scant motions are due to be **DENIED**.

2. Plaintiff has adequately pleaded viable claims against all the Defendants.

3. Plaintiff adopts and incorporates herein the arguments in Plaintiff's Brief in Support of Motion to Remand filed contemporaneously herewith and all attachments thereto.

Respectfully submitted this the 4th day of August, 2006.

1

/s/ J. Greg Allen
J. GREG ALLEN (ALL021)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Court using the CM/ECF system, which will send notification of such filing to the following on this the 4th day of August, 2006.

/s/ J. Greg Allen
OF COUNSEL

**Attys for Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and David Rohling**

Maibeth J. Porter
Alvin L. Fox
Edward A. Hosp
Marcia P. Braswell
MAYNARD, COOPER & GALE
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602

Beth S. Rose
Stuart M. Feinblatt
Jennifer Ewers Hurley
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102

**Attys for Defendant Pfizer, Inc.**

F.M. Haston, III
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Kimberly Bessiere Martin
BRADLEY ARANT ROSE & WHITE LLP
200 Clinton Avenue West
Suite 900
Huntsville, Alabama 35801

**Attys for Defendants Art Redding
and Kelly Strange**

Philip F. Hutcheson
BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211