IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT BLANKENSHIP,         )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:06cv648-MHT
                            )
PFIZER, INC., et al.,       )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to remand (doc. no. 22) is set for submission, without oral argument, on August 21, 2006, with all briefs due by said date.

DONE, this the 8th day of August, 2006.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE