IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER |
| ) | 2:06-cv-0648-MHT |
| PFIZER, INC., BOEHRINGER ) | |
| INGELHEIM PHARMACEUTICALS, ) | |
| INC., DAVID ROHLING, KMART OF ) | |
| MICHIGAN, INC., ART REDDING, ) | |
| KELLI STRANGE, ) | |
| ) | |
| Defendants. ) | |

## JOINDER IN AND ADOPTION OF BRIEF

Comes now David Rohling, a defendant in the above-styled cause, and joins in and adopts, in support of his Motion to Dismiss, the Brief in Opposition to Plaintiff's Motion to Remand filed on August 21, 2006, by defendant Boehringer Ingelheim Pharmaceuticals, Inc.

/s/Maibeth J. Porter
MAIBETH J. PORTER
ALVIN L. ("PECK") FOX
EDWARD A. ("TED") HOSP
MARCIE P. BRASWELL

Attorneys for Defendant David Rohling.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
Suite 2400 AmSouth/Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama 35203-2602
Telephone: (205) 254-1000
Telecopier: (205) 254-1999

Ms. Beth S. Rose
Mr. Stuart M. Feinblatt
Ms. Jennifer Ewers Hurley
SILLS CUMMIS EPSTEIN & GROSS, P.C.
One Riverfront Plaza
Newark, N.J.  07102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by United States Mail, properly addressed and postage prepaid, or as indicated below, this 21st day of August, 2006:

> Mr. J. Gregory Allen
> Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
> P. O. Box 4160
> Montgomery, AL 36103-4160
>
> Mr. L. Shane Seaborn
> Penn & Seaborn, LLC
> P. O. Box 688
> Clayton, AL 36016-0688
>
> Mr. F.M. "Tripp" Haston, III
> Andrew B. Johnson
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 5th Ave. North
> Birmingham, AL 35203
>
> Mr. Philip F. Hutcheson
> Boardman, Carr, Weed & Hutcheson, P.C.
> 400 Boardman Dr.
> Chelsea, AL 35043-8211

>>/s/Maibeth J. Porter
>>OF COUNSEL

2

01377851.1