# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROBERT BLANKENSHIP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| **PFIZER, INC.; BOEHRINGER** ) | |
| **INGELHEIM PHARMACEUTICALS,** ) | 2:06-CV-0648 |
| **INC.; DAVID ROHLING; KMART OF** ) | |
| **MICHIGAN, INC.; ART REDDING;** ) | |
| **KELLI STRANGE; et al.,** ) | |
| ) | |
| Defendants. ) | |

## REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS ART REDDING AND KELLI STRANGE

COME NOW the defendants Art Redding and Kelli Strange and in reply to the plaintiff's Opposition to their Motion to Dismiss, adopt the Brief in Opposition to Plaintiff's Motion to Remand (Ct. Doc. 26) filed by the co-defendant, Boehringer Ingelheim Pharmaceuticals, Inc.

These defendants further rely on the Supplemental Affidavits of Art Redding and Kelli Strange, filed simultaneously with this Reply, in support of their Motion to Dismiss. These Supplemental Affidavits clearly show that Mr. Redding and Ms. Strange had no knowledge of any alleged association between the taking of Mirapex and compulsive gambling.

            s\Philip F. Hutcheson
            Philip F. Hutcheson (ASB-0256-H54P)
            E-mail: *phutcheson@boardmancarr.com*

            Mark S. Boardman (ASB-8572-B65M)
            E-mail: *mboardman@boardmancarr.com*

            BOARDMAN, CARR & HUTCHESON, P.C.
            400 Boardman Drive
            Chelsea, Alabama 35043-8211
            Telephone: (205) 678-8000
            Facsimile: (205) 678-0000

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **August 21, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. Gregory Allen, Esq.<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>Post Office Box 4160<br>Montgomery, Alabama 36104 | F.M. "Tripp" Haston, III, Esq.<br>Andrew B. Johnson, Esq.<br>Kimberly B. Martin, Esq.<br>BRADLEY ARANT ROSE & WHITE LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, Alabama 35203 |
| L. Shane Seaborn, Esq.<br>PENN & SEABORN, LLC<br>Post Office Box 688<br>Clayton, Alabama 36016 | |
| Beth S. Rose, Esq.<br>Jennifer E. Hurley, Esq.<br>Stuart M. Feinblatt, Esq.<br>SILLS CUMMIS EPSTEIN & GROSS PC<br>One Riverfront Plaza<br>Newark, NJ 07102 | Alvin L. Fox, Jr., Esq.<br>Maibeth J. Porter, Esq.<br>Marcie P. Braswell, Esq.<br>MAYNARD, COOPER & GALE, P.C.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, Alabama 35203-2602 |

            s\Philip F. Hutcheson
            Of Counsel