# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ROBERT BLANKENSHIP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| **PFIZER, INC.; BOEHRINGER** ) | |
| **INGELHEIM PHARMACEUTICALS,** ) | 2:06-CV-0648 |
| **INC.; DAVID ROHLING; KMART OF** ) | |
| **MICHIGAN, INC.; ART REDDING;** ) | |
| **KELLI STRANGE; et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING SUPPLEMENTAL AFFIDAVITS
## IN SUPPORT OF MOTION TO DISMISS

COME NOW the defendants Art Redding and Kelli Strange and give this notice of the filing of the attached Supplemental Affidavits of Art Redding and Kelli Strange in further support of their Motion to Dismiss.

s\Philip F. Hutcheson
Philip F. Hutcheson (ASB-0256-H54P)
E-mail: *phutcheson@boardmancarr.com*

Mark S. Boardman (ASB-8572-B65M)
E-mail: *mboardman@boardmancarr.com*

BOARDMAN, CARR & HUTCHESON, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile: (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that on **August 21, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Gregory Allen, Esq.
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36104

L. Shane Seaborn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, Alabama 36016

Beth S. Rose, Esq.
Jennifer E. Hurley, Esq.
Stuart M. Feinblatt , Esq.
SILLS CUMMIS EPSTEIN &
GROSS PC
One Riverfront Plaza
Newark, NJ 07102

F.M. "Tripp" Haston, III, Esq.
Andrew B. Johnson, Esq.
Kimberly B. Martin, Esq.
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Alvin L. Fox, Jr., Esq.
Maibeth J. Porter, Esq.
Marcie P. Braswell, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-2602

        s\Philip F. Hutcheson
        Of Counsel

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT BLANKENSHIP, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. |
| PFIZER, INC.; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; DAVID ROHLING; KMART OF MICHIGAN, INC.; ART REDDING; KELLI STRANGE; et al., | ) ) ) ) ) | 2:06-cv-0648 |
| Defendants. | ) ) | |

### SUPPLEMENTAL AFFIDAVIT OF ARTHUR REDDING

STATE OF ALABAMA    )

COUNTY OF HOUSTON    )

Before me, a notary public in and for said County and State, personally appeared Arthur Redding, who being by me duly sworn, deposes on oath and says:

1. My name is Arthur Redding. I am over the age of twenty-one years and make this affidavit based upon my personal knowledge.

2. I am a citizen and resident of the State of Georgia. I have been a citizen and resident of the State of Georgia for the last 54 years.

3. I am a licensed pharmacist in the State of Alabama employed by Kmart of Michigan, Inc. ("Kmart Pharmacy") in Dothan, Alabama.

4. To the extent that I dispensed Mirapex to any of Kmart Pharmacy's customers, I merely dispensed the drug to its customers strictly in accordance with the prescriptions of their doctors.

5. I did not design, manufacture, test or develop Mirapex. I did not compound or alter the Mirapex in any way.

6. I made no representations concerning Mirapex. I did not suppress any information concerning Mirapex.

7. I did not have any knowledge of any alleged defective condition with respect to the Mirapex, and certainly did not contribute to any alleged defective condition.

8. I did not have any knowledge of the alleged association between the use of Mirapex and compulsive gambling.

9. Upon information and belief, Kmart Pharmacy did not design, manufacture, test or develop Mirapex. Upon information and belief, Kmart Pharmacy is in the business of distributing finished products and purchased this drug from the manufacturer and/or a distributor, which, in turn, purchased it from the manufacturer.

_____
Arthur Redding

STATE OF ALABAMA )
                 )
HOUSTON COUNTY   )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Arthur Redding, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand this 18 day of August, 2006.

_____
Notary Public
My Commission Expires January 21, 2008
My commission expires:_____

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| PFIZER, INC.; BOEHRINGER INGELHEIM ) | 2:06-cv-0648 |
| PHARMACEUTICALS, INC.; DAVID ) | |
| ROHLING; KMART OF MICHIGAN, INC.; ) | |
| ART REDDING; KELLI STRANGE; et al., ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL AFFIDAVIT OF KELLI STRANGE

STATE OF ALABAMA    )

COUNTY OF HOUSTON   )

Before me, a notary public in and for said County and State, personally appeared Kelli Strange, who being by me duly sworn, deposes on oath and says:

1. My name is Kelli Strange. I am over the age of twenty-one years and make this affidavit based upon my personal knowledge.

2. I am a licensed pharmacist in the State of Alabama employed by Kmart of Michigan, Inc. ("Kmart Pharmacy") in Dothan, Alabama.

3. To the extent that I dispensed Mirapex to any of Kmart Pharmacy's customers, I merely dispensed the drug to its customers strictly in accordance with the prescriptions of their doctors.

4. I did not design, manufacture, test or develop Mirapex. I did not compound or alter the Mirapex in any way.

5. I made no representations concerning Mirapex. I did not suppress any information

concerning Mirapex.

6.     I did not have any knowledge of any alleged defective condition with respect to the Mirapex, and certainly did not contribute to any alleged defective condition.

7.     I did not have any knowledge of the alleged association between the use of Mirapex and compulsive gambling.

8.     Upon information and belief, Kmart Pharmacy did not design, manufacture, test or develop Mirapex. Upon information and belief, Kmart Pharmacy is in the business of distributing finished products and purchased this drug from the manufacturer and/or a distributor, which, in turn, purchased it from the manufacturer.

_____
Kelli Strange

STATE OF ALABAMA     )
                     )
HOUSTON COUNTY       )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Kelli Strange, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day the same bears date.

Given under my hand this 21st day of Aug, 2006.

_____
Notary Public

SEAL

My commission expires: 11-25-06