IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION 2:06-cv-0648-MHT |
| | ) |
| PFIZER INC., BOEHRINGER INGELHEIM PHARMACEUTICALS INC., DAVID ROHLING, KMART OF MICHIGAN, INC., ART REDDING, KELLI STRANGE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT PFIZER INC.'S JOINDER IN AND ADOPTION OF BRIEF**

Comes now Pfizer Inc. ("Pfizer"), a defendant in the above-styled cause, and joins in and adopts the Brief in Opposition to Plaintiff's Motion to Remand filed on August 21, 2006, by defendant Boehringer Ingelheim Pharmaceuticals, Inc.

**Respectfully submitted,**

s/ Kimberly Martin
**Kimberly Martin (BES002)**
**BRADLEY ARANT ROSE & WHITE LLP**
**200 Clinton Avenue West, Suite 900**
**Huntsville, AL 35801-4900**
**Telephone: (256) 517-5100**
**Facsimile: (256) 517-5200**
**E-mail: kmartin@bradleyarant.com**

Of Counsel:
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1918 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: ajohnson@bradleyarant.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      J. Greg Allen, Esquire
      Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
      Post Office Box 4160
      Montgomery, Alabama  36104

      Mr. L. Shane Seaborn
      Penn & Seaborn, LLC
      Post Office Box 688
      Clayton, Alabama  36016-0688

      Maibeth J. Porter, Esquire
      Alvin L. Fox, Esquire
      Edward A. Hosp, Esquire
      Marcia P. Braswell, Esquire
      Maynard, Cooper & Gale
      1901 Sixth Avenue North, Suite 2400
      Birmingham, Alabama  35203-2602

    Beth S. Rose, Esquire
    Stuart M. Feinblatt, Esquire
    Jennifer Ewers Hurley, Esquire
    Sills Cummis Epstein & Gross P.C.
    One Riverfront Plaza
    Newark, New Jersey  07102

    Philip F. Hutcheson, Esquire
    Boardman, Carr & Hutcheson, P.C.
    400 Boardman Drive
    Chelsea, Alabama  35043-8211

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    NONE

    s/ Kimberly Bessiere Martin
    Of Counsel

3/193532.1